JAMES McCUE, MARIE McCUE and MATHEW MACGOWAN, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Action by plaintiffs to recover damages for personal injuries sustained by them when a truck, which plaintiff James McCue was operating and in which the other two plaintiffs were passengers, collided with defendant's trolley car. Judgment in favor of plaintiffs reversed on the facts and a new trial granted, with costs to appellant to abide the event. In our opinion the verdicts are against the weight of the credible evidence. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.